SAMUEL SAMUELS, Respondent, *v.* THE EVENING MAIL ASSOCIATION, Appellant.

(Argued March 19, 1878 ; decided December 10, 1878.)

REPORTED below, 9 Hun, 288.

*Robert Sewell* for appellant.

*Henry H. Anderson* for respondent.

Agree to reverse order of General Term and affirm judgment on verdict on dissenting opinion of DAVIS, P. J., in court below.
All concur.
Order reversed and judgment accordingly. ı